Richard CONNALLY; Appellant,

Clarence Washington, II; Victor L. Winzer; James E. Phillips, Plaintiffs,

v.

Ron ASHTON, in his individual and official capacity as President of American Ingredients Company; American Ingredients Company; Mike Roepke, Business Representative, Association of Machinists and Aerospace Workers Union; Joe McCarthy; Gordon Breast, Warehouse Manager, Individual and Official Capacity; Jay Cherry; International Association of Machinists and Aerospace Workers, Appellees.

No. 06–4087.

United States Court of Appeals, Eighth Circuit.

Submitted: Nov. 16, 2007.

Filed: Nov. 20, 2007.

Before WOLLMAN, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Richard Connally appeals the district court's [1] dismissal of his employment-dis-

1. The Honorable Fernando J. Gaitan, Jr., Chief Judge, United States District Court for

crimination action. Upon careful review, we dismiss the appeal for lack of jurisdiction because Connally's December 4 notice of appeal was not filed within 30 days of the October 2 entry of judgment, and his October 27 motion to vacate the judgment did not toll the time for filing a notice of appeal. *See* Fed. R.App. P. 4(a)(1)(A) (notice of appeal must be filed within 30 days after judgment is entered); Fed. R.App. 4(a)(4)(A) (if party timely files Fed. R.Civ.P. 59(e) motion or Rule 60 motion no later than 10 days after judgment is entered, time to file appeal runs for all parties from entry of order disposing of last remaining motion); Fed.R.Civ.P. 59(e) (motion to alter or amend judgment shall be filed no later than 10 days after entry of judgment); *Arnold v. Wood,* 238 F.3d 992, 995–96 (8th Cir.2001) (time for filing NOA was not tolled where plaintiff did not file his Rule 59(e) and 60(b) motion within 10 days of entry of judgment); *Dieser v. Cont'l Cas. Co.,* 440 F.3d 920, 923 (8th Cir.2006) (timely NOA is mandatory and jurisdictional, and court will raise jurisdictional issues sua sponte).

Accordingly, the appeal is dismissed, and Connally's pending motion on appeal is denied as moot.

---

the Western District of Missouri.